<u>NOT YET SCHEDULED FOR ORAL ARGUMENT</u>

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MODERNWEST LONGMONT LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. No. 25-1150 |
| | ) | |
| FEDERAL AVIATION | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Respondent. | ) | |

**UNDERLYING FAA FINAL DECISION**

Pursuant to the Court's June 26, 2025 Order, Petitioner ModernWest Longmont LLC respectfully submits the attached underlying decision which is the final order at issue in this petition for review.

Dated: July 24, 2025

Respectfully submitted,

<u>/s/ M. Roy Goldberg</u>
M. Roy Goldberg, Esq.
D.C. Bar 416953
D.C. Circuit Bar No. 39860
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone: (202) 552-2388
Email: rgoldberg@clarkhill.com
Counsel for Petitioner ModernWest
Longmont LLC

## <u>CERTIFCATE OF SERVICE</u>

I hereby certify that on July 24, 2025, I caused a true and correct copy of the foregoing submission to be served on all counsel of record who have entered an appearance and are able to download pleadings from the CM/ECF system by filing this document with the Court through the CM/ECF system.

<u>/s/ Roy Goldberg</u>
Roy Goldberg


Counsel for Petitioner
ModernWest Longmont LLC

## Goldberg, Roy

| | |
|---|---|
| **From:** | Adolph, Courtney (FAA) <Courtney.Adolph@faa.gov> |
| **Sent:** | Wednesday, April 30, 2025 10:37 AM |
| **To:** | Goldberg, Roy |
| **Cc:** | Mitchell, Scott E (FAA); DiGregory, Jessie (FAA) |
| **Subject:** | RE: ModernWest Longmont LLC -- February 13, 2025 Letter to the Office of Chief Counsel regarding DEN ADO Manager's Obstruction of Planned Mixed-Use Development Near LMO |

EXTERNAL EMAIL: The sender (Courtney.Adolph@faa.gov) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Dear Roy:

We are in receipt of your letter to FAA's Chief Counsel dated February 13, 2025, and your follow-up email dated March 31, 2025. We have reviewed your letter. We also have reviewed the prior correspondence referenced in your letter. We also discussed this matter with you by telephone on January 23, 2025. The FAA's position remains unchanged. Additionally, the agency is represented by counsel on this matter, accordingly we ask that you and/or other members of your firm refrain from contacting our clients on this matter and address communications, if any, to the FAA Office of the Chief Counsel.

Thank you,



**Courtney Adolph**
Manager, Airport Law Branch (AGC-610)
Airports & Environmental Law Division

Office:  (424) 405-7063
Mobile:  (424) 391-2384
Email:   courtney.adolph@faa.gov

Federal Aviation Administration
Office of the Chief Counsel
777 S. Aviation Blvd., Suite 150
El Segundo, CA 90245

www.faa.gov

**ATTORNEY-CLIENT PRIVILEGE AND/OR OTHER LEGAL PRIVILEGES MAY APPLY TO THIS COMMUNICATION - DO NOT CIRCULATE WITHOUT CONSENT OF SENDER**

This message (including attachments) is transmitted using a U.S. Government information system, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution, interception or copying of this communication is strictly prohibited, and may subject you to legal action. Reply to the sender if you received this email by accident, and then delete the email and any attachments.

1

**From:** Goldberg, Roy <rgoldberg@clarkhill.com>
**Sent:** Monday, March 31, 2025 3:16 PM
**To:** William.McKenna@faa.gov; Peter, Lorelei (FAA) <lorelei.peter@faa.gov>
**Cc:** Mitchell, Scott E (FAA) <Scott.E.Mitchell@faa.gov>; DiGregory, Jessie (FAA) <Jessie.DiGregory@faa.gov>; Adolph, Courtney (FAA) <Courtney.Adolph@faa.gov>
**Subject:** RE: ModernWest Longmont LLC -- February 13, 2025 Letter to the Office of Chief Counsel regarding DEN ADO Manager's Obstruction of Planned Mixed-Use Development Near LMO

---

**CAUTION:** This email originated from outside of the Federal Aviation Administration (FAA). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Good evening Chief Counsel McKenna and Principal Deputy Chief Counsel Peter:

Would it be possible to receive a response to the letter and information we sent to you on February 13, 2025? We also can be available for a call or meeting to discuss these issues. Thanks very much.

**Roy Goldberg**
Member
**Clark Hill**
1001 Pennsylvania Ave. N.W., Suite 1300 South, Washington, DC 20004
+1 202.552.2388 (office) | +1 202.572.8687
rgoldberg@clarkhill.com | www.clarkhill.com

---

**From:** Goldberg, Roy
**Sent:** Thursday, February 13, 2025 9:30 AM
**To:** 'William.McKenna@faa.gov' <William.McKenna@faa.gov>; Peter, Lorelei (FAA) <lorelei.peter@faa.gov>
**Cc:** Mitchell, Scott E (FAA) <Scott.E.Mitchell@faa.gov>; DiGregory, Jessie (FAA) <Jessie.DiGregory@faa.gov>; Adolph, Courtney (FAA) <Courtney.Adolph@faa.gov>
**Subject:** ModernWest Longmont LLC -- February 13, 2025 Letter to the Office of Chief Counsel regarding DEN ADO Manager's Obstruction of Planned Mixed-Use Development Near LMO

Dear Chief Counsel McKenna and Principal Deputy Chief Counsel Peter:

This firm is counsel for property developer ModernWest Longmont LLC ("ModernWest"), which has been trying for years to develop mixed-use property to be used for commercial and residential purposes in an area that is near the Vance Brand Airport in Longmont, Colorado ("LMO" or "Airport"). *See* Project Map, Index Record 1 (submitted herewith). ModernWest has properly pursued all relevant legal channels to secure the rights to develop the property but has been unreasonably thwarted by the arbitrary whim of a Colorado-based FAA official, and the refusal of FAA Headquarters so far to take the necessary corrective action. Aviation safety is paramount, but it can coexist with the need for housing and commercial development as long as all governmental actors follow the operative law. Unfortunately in this instance one official has taken it upon himself to unilaterally determine what he believes should occur, and without divulging the purported factual basis behind his dictate. ModernWest very much hopes that your office can assist in correcting the wrongs that have been allowed to occur. Attached is a new letter to the Office of Chief Counsel, along with copies of prior correspondence and other documents that comprise the agency record with regard to this matter. ModernWest very much appreciates the time and attention of your Office to this matter

**Roy Goldberg**
Member
**Clark Hill**
1001 Pennsylvania Ave. N.W., Suite 1300 South, Washington, DC 20004
+1 202.552.2388 (office) | +1 202.572.8687

2

rgoldberg@clarkhill.com | www.clarkhill.com